UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

STATE OF CONNECTICUT       :       3:18 mJ 1864 (DFm)
                           :
                           :       ss. HARTFORD, CT
                           :
COUNTY OF HARTFORD         :

**Affidavit in Support of Application for
Search Warrant of Subject Parcel**

I, Jeremy S. Tendler, being duly sworn, depose and state as follows:

## I.  INTRODUCTION

1. I am a United States Postal Inspector with the United States Postal Inspection Service and have been so employed since September of 2016. I am currently assigned to the External Crimes Team, which includes responsibility for Prohibited Mail-Narcotics investigations. As a United States Postal Inspector working with the Prohibited Mail Narcotics Team, my duties and responsibilities include, but are not limited to, the investigation of shipments of narcotics through the United States Postal Service (USPS). As such, I conduct surveillance of suspects, identify and inspect suspicious packages and parcels, work with informants and federal, local and state police narcotics task forces, execute search warrants and make arrests.

2. Prior to my employment with the United States Postal Inspection Service (USPIS), I served for more than five years as a Special Agent with the Internal Revenue Service's Criminal Investigation (IRS-CI), and more than five years as a Tax Fraud Investigative Assistant with IRS-CI. My special agent training for IRS-CI included graduating from

the Federal Law Enforcement Training Center's Criminal Investigator Training Program in Glynco, Georgia.

3. I am a law enforcement officer of the United States within the meaning of Title 18 U.S.C. § 3061, and am empowered by law to conduct investigations and to make arrests for offenses enumerated in Title 21 U.S.C. § 841(a)(1), and other federal offenses.

4. The information set forth in this affidavit is based on an investigation I and other law enforcement agents are conducting. This affidavit does not contain every fact known to me with respect to this investigation. Rather, it contains those facts I believe to be necessary to establish probable cause for issuance of this search warrant.

5. Based on my training and experience, I know that individuals shipping controlled substances via the United States Mail use Priority Mail Express and Priority Mail often use fictitious names and/or fictitious return addresses to prevent identification and apprehension by law enforcement.

6. Based on my training and experience, I know that narcotics traffickers send their illegal narcotics through the mail from source states, such as California, Colorado, Arizona, Texas, and the U.S. Territory of Puerto Rico, to other distribution states—including Connecticut.

## II. DESCRIPTION OF THE SUBJECT PARCEL

7. Based on the information contained in this affidavit, there is probable cause to believe, and I do believe, that the Priority Mail parcel displaying Priority Mail label number 9505 5124 4261 8317 2546 39 and handwritten Priority Mail address label addressed to G-image Detailing LLC, 34 Tyler Street Extension #D, East Haven, CT 06512, and bearing a return address of Christina Mullens S. 45th Street, Boulder, CO 80307. (Hereinafter referred to as the "Subject Parcel"), contains controlled substances. A photograph of the labels is included below for reference:



8. On or about November 14, 2018 using postal business records profiling, I identified the Subject Parcel as a parcel possibly meeting the pattern of activity identified above and requested that it be detained for further investigation. The Subject Parcel is a USPS Priority Mail Large Flat Rate box that measures approximately 13" x 12" x 6", weighs approximately 5 pounds, and bears $18.90 in postage. The Subject Parcel arrived in Connecticut on November 15, 2018.

9. A review of database records indicates that the delivery address on the Subject Parcel, 34 Tyler Street Extension #D, East Haven, CT 06512, is an actual address. The return address on the parcel, appears to be incomplete in that it is missing a house number.

10. A check of the commercial database CLEAR, which has proven reliable in previous investigations, shows no person named Christina Mullens returning to any address in the city of Boulder, Colorado.

11. On November 15, 2018, the Subject Parcel was examined by a trained narcotics detection dog. The Subject Parcel was individually placed among four other similarly sized parcels prior to the handler and canine entering the area with the parcels. Upon examination of the parcels, the canine gave a positive alert to the Subject Parcel indicating that the canine detected the odor of controlled substances. The handler and the canine left the area. The parcels, including the Subject Parcel, were rearranged in different positions on the floor. The handler and canine were called into the area. The canine once again gave a positive alert to the Subject Parcel.

12. The trained narcotics detection dog used in the examination of the Subject Parcel was a one-year-old female black Labrador named Abby who is a certified narcotics detection dog. Drug Enforcement Administration Task Force K-9 Officer (DEA TFO) Devanney and K-9 Abby are a certified narcotics detection team through NAPWDA (North American Police Work Dog Association). DEA TFO Devanney and K-9 Abby certified on September 19, 2017. K-9 Abby is trained in the detection of cocaine, cocaine base, heroin, methamphetamine and derivatives thereof. Upon location of a narcotic odor Abby is trained to detect, she will alert through numerous behavior changes which can be seen and heard. If Abby can get to the source of the odor, she will show a final response. Abby's final response is a passive alert, she is trained to sit down, lie down or stand on her hind legs, "lock up" her body and stare at the source of the odor. DEA TFO Devanney is presently a certified police canine handler with certified police K-9 Abby. For the past year DEA TFO Devanney and K-9 Abby of the Windsor Locks Police Department have successfully completed approximately five hundred hours of training as a K-9 team.

13. Based on the above, there is probable cause to believe, and I do believe, that located within the Subject Parcel, are packaging material and a controlled substance, which constitute evidence of a violation of Title 21, United States Code, Section 841(a)(1). Given the weight of the package, I believe that the package contains at least one kilogram of a controlled substance, which is a substantial amount—and based upon my training and experience, is a quantity consistent with distribution. The Subject Parcel

is presently in the custody of the U.S. Postal Inspection Service located at 50 Brewery Street, in New Haven, Connecticut.

### III. CONCLUSION

14. Because this is an application that pertains to an ongoing criminal investigation, and because disclosure of the information contained herein as well as disclosure of the search warrant being requested may compromise the investigation and lead to the destruction of evidence, I respectfully request that the search warrant, application, and this affidavit be ordered sealed for thirty (30) days or until further order of the Court, except that copies may be provided to law enforcement in order to execute this warrant.

15. WHEREFORE, I respectfully request that a search warrant be issued to search the Subject Parcel for evidence of illegal narcotics, and for any and all documents or other materials containing evidence of the participants in, and methods and plans of conducting, the suspected narcotics trafficking.

_____
JEREMY S. TENDLER
UNITED STATES POSTAL INSPECTOR

Subscribed and sworn to before me this 15th day of Nov 2018
              /s/ DFM
_____
THE HONORABLE DONNA F. MARTINEZ
UNITED STATES MAGISTRATE JUDGE

## Attachment A
### (Items to be Seized)

Evidence, fruits, and instrumentalities of a violation of 21 U.S.C. § 841(a)(1) (possession with intent to distribute and distribution of controlled substances), including but not limited to:

A. Any and all controlled substances;

B. Packaging materials used in the distribution of controlled substances;

C. Documentation containing evidence of the participants in and methods of planning and conducting narcotics trafficking.